UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
PARAMOUNT RESTYLING )
AUTOMOTIVE, INC., *et al.*, )
) Case No. MC18-0056RSL
    Plaintiffs, )
  v. )
) ORDER
GALAXY MOTO, INC., *et al.*, )
)
    Defendants. )
_____)

This matter comes before the Court on third-party Amazon's opposition to plaintiffs' motion to compel. In light of the contested nature of this proceeding, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation.

Dated this 5th day of June, 2018.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER